FILED

AUG 06 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | **4:24 CR 00276** |
| ) | |
| v. ) | CASE NO._____ |
| ) | Title 18, United States Code, |
| JOSEPH GROVE, ) | Sections 1344(1), (2), 2114(a), |
| ) | 1704, and 1708 |
| Defendant. ) | |

**JUDGE CALABRESE**

COUNT 1
(Robbery or Theft of Mail, Money, or Property of the United States, 18 U.S.C. § 2114(a))

The Grand Jury charges:

1. On or about March 13, 2024, in Northern District of Ohio, Eastern Division, Defendant JOSEPH GROVE did rob a person having lawful charge, custody, and control of United States mail matter, money, and other property of the United States of property of the United States, in violation of Title 18, United States Code, Section 2114(a).

COUNT 2
(Theft of Postal Key, 18 U.S.C. § 1704)

The Grand Jury further charges:

2. On or about March 13, 2024, in Northern District of Ohio, Eastern Division, Defendant JOSEPH GROVE did steal and purloin a key suited to locks adopted by the Postal Service and in use on any lock box, lock drawer, or authorized receptacles for the deposit of mail matter, in violation of Title 18, United States Code, Section 1704.

## COUNT 3
(Mail Theft, 18 U.S.C. § 1708)

The Grand Jury further charges:

3. On or about April 9, 2024, in the Northern District of Ohio, Eastern Division, Defendant JOSEPH GROVE unlawfully possessed any article or thing that had been contained in a mail parcel, which had been stolen, taken, embezzled, and abstracted, to wit: stolen check #2339, knowing the same to have been stolen, taken, embezzled, and abstracted, in violation of Title 18, United States Code, Section 1708.

## COUNT 4
(Bank Fraud, 18 U.S.C. § 1344 (1) and (2))

The Grand Jury further charges:

4. On or about April 9, 2024, in the Northern District of Ohio, Eastern Division, Defendant JOSEPH GROVE knowingly executed and attempted to execute a scheme and artifice to defraud PNC Bank, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of PNC Bank, by means of false and fraudulent pretenses, representation, and promises, to wit: JOSEPH GROVE made false and fraudulent representations to PNC Bank to attempt to cash a stolen check, in violation of Title 18, United States Code, Sections 1344(1) and (2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.